## EX PARTE W. G. COYLE & CO., PETITIONERS.

MOTION FOR LEAVE TO FILE PETITION FOR A WRIT OF MANDAMUS.

No. —, Original.　Submitted April 4, 1910.—Decided April 11, 1910.

Motion for leave to file petition for a writ of mandamus to a Circuit Judge to remand a case removed from the state to the Federal court denied.

THIS was a motion for leave to file a petition for a writ of mandamus to require the Circuit Judge to remand a case which had been removed from the state court and which involved the validity of a sale of a vessel by a United States marshal under execution.

*Mr. Charles Louque* for the petitioners.

*Mr. Edwin T. Merrick* and *Mr. John D. Grace* for respondent.

*Per Curiam.*　Motion for leave to file petition for a writ of mandamus denied.